IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

FREDERICK ROSS, #85881  
JOHN GREER, #87837  

    Plaintiffs,

    v.                                             2:06-CV-771-ID

SHERIFF D.T. MARSHALL, *et al.*,

    Defendants.

_____

**O R D E R**

Plaintiffs filed this 42 U.S.C. § 1983 action challenging the conditions of confinement at the Montgomery County Detention Center. Plaintiffs filed a single motion for leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d). The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id.* Accordingly, the Clerk of this court is hereby DIRECTED to:

    1. Open two (2) separate civil actions - one for each Plaintiff named in the instant complaint. The Clerk is advised that the case number of the present cause of action shall be assigned to Frederick Ross;

    2. Assign the newly opened case to the Magistrate Judge and District Judge to which the instant cause of action is assigned;

3. Place a copy of the complaint and the *in forma pauperis* affidavit filed by inmates Ross and Greer in the newly opened case file;

4. Refer these case files to the appropriate Magistrate Judge for further proceedings.

DONE, this 31st day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE