M/D-5

RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

2006 AUG 28  A 10: 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Frederick Ross #85881 )
John Greer #87837 )
_____ )
_____ )
         Plaintiff(s)

2:06cv 783-ID
~~2:06-CV-771-ID~~

v.

Sheriff D.T Marshall )
Montgomery county Sheriff )
Richard Allen, Ala, Corrections )
Commission )
         Defendant(s)

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Frederick Ross, John Greer # _____ moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Frederick Ross, John Greer
         Plaintiff(s) signature

```
RESIDENT HISTORY REPORT                                                  Page 1 of 1

Montgomery County Jail
08/23/06 09:34
ST 002 / OPR YR

Booking Number        :  85881
Resident Name         :  ROSS, FREDRICK DEMARCO
Time Frame            :  06/27/2006 03:44 - 08/23/2006 09:34

-----------------------------------------------------------------------------------
Date        Time    Type            ST   OPR    Receipt #      Amount       Balance
-----------------------------------------------------------------------------------

06/27/2006  03:44   Reopen          4    CC     D3446            0.00          0.00
06/29/2006  11:58   Add             3    VT     C126764         50.00         50.00
07/06/2006  08:15   Order           2    JD     B67089          40.21          9.79
07/13/2006  07:52   Order           2    JD     B67657           8.04          1.75
07/19/2006  11:47   Add             3    VT     C127650         15.00         16.75
07/20/2006  08:09   Order           2    JD     B68279           7.82          8.93
07/21/2006  15:41   Add             3    yr     C127808         20.00         28.93
07/27/2006  08:49   Order           2    JD     B68832          14.56         14.37
07/31/2006  09:02   Order           2    JD     B69084           7.35          7.02
08/03/2006  08:32   Order           2    JD     B69351           6.67          0.35
08/07/2006  13:27   Add             3    FHD    C128584         20.00         20.35
08/10/2006  08:10   Order           2    JD     B69875          20.05          0.30
08/17/2006  08:19   Order           2    JD     B70357           0.29          0.01
08/21/2006  09:09   Credit          2    JD     B70745           0.29          0.30
08/21/2006  11:35   Add             3    yr     C129142         20.00         20.30
```

Page 1 of 1

**RESIDENT HISTORY REPORT**

**Montgomery County Jail**
**08/22/06 08:18**
**ST 002 / OPR YR**

```
Booking Number       : 87837
Resident Name        : GREER, JOHN RAY
Time Frame           : 07/13/2006 16:30 - 08/22/2006 08:18
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 07/13/2006 | 16:30 | Intake | 4 | mlc | D3803 | 8.37 | 8.37 |
| 07/17/2006 | 09:00 | Order | 2 | JD | B67987 | 7.90 | 0.47 |
| 08/09/2006 | 11:45 | Add | 3 | yr | C128660 | 20.00 | 20.47 |
| 08/10/2006 | 08:10 | Order | 2 | JD | B69950 | 10.23 | 10.24 |
| 08/14/2006 | 09:11 | Order | 2 | JD | B70195 | 10.20 | 0.04 |
| 08/17/2006 | 10:57 | Rec Payment | 3 | yr | C128992 | 0.01 | 0.03 |