| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  G. Brown     ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>   A. Brown                 9-13-06 |
| 1. Article Addressed to:<br><br>Sheriff D.T. Marshall<br>Montgomery County Detention<br>PO Box 4599<br>Montgomery, AL 36103<br><br>06cv783 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail    ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7005 1820 0002 3461 5893 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540