## Notice of Change of Address

John Greer #87837
Plaintiff,

- VS -

Sheriff D.T. Marshall, et al.,
Defendants,

Case No: 2:06-CV-783-ID

RECEIVED 2006 OCT 31 A 9:38
DEBRA P. [HACKETT]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, John Greer the Plaintiff in Case # 2:06-CV-783-ID has been Moved from Montgomery County Detention Facility to Clay County Jail on 10-25-06. In Ashland AL 36251 I can be reached at Clay County Jail where I'm currently being held due to my transfer from Montgomery County Detention Facility.

Respectfully Submitted,

John Greer #87837
Clay County Jail
P.O. Box 757
Ashland, AL 36251