IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JOHN GREER, #87837 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-783-ID |
| SHERIFF D.T. MARSHALL, *et al*., | * |
| Defendants. | * |

_____

**ORDER**

For good cause, the Clerk is DIRECTED to furnish Plaintiff with a copy of Defendant Marshall's' Special Report filed October 24, 2006 as well as a copy of the court's October 24, 2006 order. (Doc. Nos. 12, 13.)

It is ORDERED that Plaintiff is GRANTED an extension from November 13, 2006 to December 11, 2006 to file a response to Defendants' written reports in compliance with the provisions contained in the court's October 24, 2006 order.

DONE, this 20th day of November 2006.

          /s/Susan Russ Walker
          SUSAN RUSS WALKER
          UNITED STATES MAGISTRATE JUDGE